UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIA AZUCENA YANNES,<br><br>*Plaintiff*,<br><br>– against –<br><br>EL PATRON MINIMARKET CORP., *and* CARLOS A. VINANZACA,<br><br>*Defendants*. | **ORDER**<br>24-cv-08253 (NCM) (MMH) |

**NATASHA C. MERLE**, United States District Judge:

This Court has received the Report and Recommendation ("R&R") dated August 10, 2026, from the Honorable Marcia M. Henry, United States Magistrate Judge. ECF No. 40. No objections have been filed.

The Court reviews "de novo any part of the magistrate judge's disposition that has been properly objected to." Fed. R. Civ. P. 72(b); *see also Park v. Kim*, No. 20-cv-02636, 2022 WL 3643966, at *2 (E.D.N.Y. Aug. 24, 2022), *aff'd*, 91 F.4th 610 (2d Cir. 2024). Where no timely objections have been filed, "the district court need only satisfy itself that there is no clear error on the face of the record." *Finley v. Trans Union, Experian, Equifax*, No. 17-cv-0371, 2017 WL 4838764, at *1 (E.D.N.Y. Oct. 24, 2017) (quoting *Estate of Ellington ex rel. Ellington v. Harbrew Imports Ltd.*, 812 F. Supp. 2d 186, 189 (E.D.N.Y. 2011)).

Having reviewed the record, I find no clear error. I therefore adopt the R&R, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

Accordingly, plaintiff's motion for default judgment, ECF No. 29, is granted in part

and denied in part. Default judgment shall be entered against defendants El Patron Minimarket Corp. and Carlos A. Vinanzaca. Plaintiff is to be awarded the following in damages: (a) $7,968.35 in unpaid minimum wages; (b) $7,719.76 for unpaid overtime wages; (c) $10,000 in statutory damages; (d) $15,688.11 in liquidated damages; (e) $3,502.35 in pre-judgment interest to increase by $3.87 per day until entry of judgment; (f) $4,870.00 in attorneys' fees; (g) $745.50 in costs; and (8) post-judgment interest at the rate established by 28 U.S.C. § 1961 from the date the Clerk of Court enters judgment until the date of payment.

The Clerk of Court is respectfully directed to enter judgment and close the case.

**SO ORDERED**.

*/s/Natasha C. Merle*
NATASHA C. MERLE
United States District Judge

Dated: August 28, 2026
Brooklyn, New York